# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIC WORKS, LLC, Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SPINNAKER INTERNATIONAL LLC; and ASHWIN DAMODARAN, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 8:18-cv-2200-JLS-KES<br><br>**The Honorable Josephine L. Staton**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint filed: December 13, 2018 |
| AND ALL RELATED CROSS-ACTIONS | |

Pursuant to the Stipulated Protective Order of the parties dated March 7, 2019, and **FOR GOOD CAUSE SHOWN, IT IS SO ORDERED** that the terms of the Stipulated Protective Order (Dkt. 24) to which the parties have agreed are adopted as the Protective Order for the above matter.

Dated: <u>March 08, 2019</u>

*Karen E. Scott*
HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE