# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGIC WORKS, LLC, Nevada limited liability company,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SPINNAKER INTERNATIONAL LLC; and ASHWIN DAMODARAN, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 8:18-cv-2200-JLS (KESx)<br><br>*Presiding Judge:*<br>　　Hon. Josephine L. Staton<br><br>*Magistrate Judge:*<br>　　Hon. Karen E. Scott<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>**[FED. R. CIV. P. RULE 41(a)(1)(A)(ii)]** |
| AND RELATED CROSS-ACTION. | |

　　WHEREAS this matter having come before this Honorable Court upon the stipulation of Plaintiff/Counter-Defendant LOGIC WORKS, LLC and Defendants/Counterclaimants SPINNAKER INTERNATIONAL LLC and ASHWIN DAMODARAN, to dismiss with prejudice all claims and counterclaims in this

action, with each party to bear its own costs and attorney's fees, and with good cause appearing;

IT IS HEREBY ORDERED that this action, and all claims and counterclaims brought by the parties thereto, are dismissed with prejudice. Each party to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: 05/19/2020

JOSEPHINE L. STATON
_____
**HONORABLE JOSEPHINE L. STATON**
**UNITED STATES DISTRICT COURT JUDGE**
**CENTRAL DISTRICT OF CALIFORNIA**